UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

KAREN LAWRENCE,                          )
                                          )
         Plaintiff,                       )
                                          )          Civil No. 5:13-cv-00383-GFVT-REW
V.                                        )
                                          )
MADISON COUNTY, et al.,                   )          **ORDER**
                                          )
         Defendants.                      )
                                          )
                                          )

*** *** *** ***

This matter is before the Court on the Report and Recommendation filed by former

United States Magistrate Judge Robert E. Wier. [R. 302.] This matter was settled before Judge

Wehrman in January, 2018. [*See* R. 271.] Since that time, Karen Lawrence has filed a motion

for this Court to enforce the settlement agreement despite movement from Michigan Probate

Court and to direct the defense to send the settlement funds to Ms. Lawrence's attorney directly.

[*See* R. 290.] Judge Wier recommends recognizing the validity of the settlement, but otherwise

denying Karen Lawrence's Motion for Fees and Costs. [*See* R. 290.] Judge Wier's Report

advised the parties that any objections must be filed within fourteen (14) days of service. [*Id*. at

8.] The time to file objections has passed and neither party has objected nor sought an extension

of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Report

and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no

objections are made, this Court is not required to "review . . . a magistrate's factual or legal

conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v.Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [R. 302] is **ADOPTED** as the opinion of this Court; and

2. Karen Lawrence's Motion for Fees [R. 290] is **GRANTED** in part and **DENIED** in part as described in the Recommended Disposition;

3. In accordance with the Recommended Disposition, the settlement is declared valid and the defense shall comply with the Magistrate Judge's instructions to tender settlement funds;

4. Various motions are termed as **MOOT** due to the settlement and cancelled trial [R. 218; R. 223; R. 243; R. 246; R. 247; R. 248; R. 252; R. 259; R. 260.]; and

5. Parties are **DIRECTED** to file an Agreed Order dismissing this case **within fifteen (15) days** from the date of entry of this Order. The Court will entertain a motion to re-docket this action upon application to this Court within fifteen (15) days of entry of this Order if the settlement is not consummated.

This the 24th day of July, 2018.

Gregory F. Van Tatenhove
United States District Judge